UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES,**

      **Plaintiff,**

v.                                        **Case No: 6:08-cv-1207-Orl-28DAB**

**HUMBERTO N. COLLAZO, MARTIZA COLLAZO, HUMBERTO COLLAZO, III, ADRIAN COLLAZO, COLLAZO ACCOUNTING GROUP, INC., and MASTER TAX SERVICE, INC.,**

      **Defendants.**
_____/

## ORDER

On July 21, 2009, following a settlement agreement in this case, the Court dismissed the Complaint against Defendants and closed the case without retaining jurisdiction over enforcement of the settlement agreement. (<u>See</u> Order of Dismissal, Doc. 47). The United States has filed a Motion to Enforce Settlement Agreements (Doc. 48). Because the Court did not retain jurisdiction over this case, the Motion is **DENIED** as moot.

**DONE and ORDERED** in Orlando, Florida on July 1, 2013.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties