UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES,**

    **Plaintiff,**

v.

Case No: 6:08-cv-1207-Orl-28DAB

**HUMBERTO N. COLLAZO, MARTIZA COLLAZO, HUMBERTO COLLAZO, III, ADRIAN COLLAZO, COLLAZO ACCOUNTING GROUP, INC., and MASTER TAX SERVICE, INC.,**

    **Defendants.**

_____/

## ORDER

On July 21, 2009, following a settlement agreement in this case, the Court dismissed the Complaint against Defendants and closed the case without retaining jurisdiction over enforcement of the settlement agreement. (See Order of Dismissal, Doc. 47). The United States has filed a Motion to Enforce Settlement Agreements (Doc. 48). Because the Court did not retain jurisdiction over this case, the Motion is **DENIED** as moot.

**DONE and ORDERED** in Orlando, Florida on July 1, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties